___



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 30, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**IN THE MATTER OF:**                                                                 **CHAPTER 13**

**EDUARDO DIAZ**                                                        **CASE NO. 16-50752-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**

THE ORDER **(Dk. 19)** heretofore entered in these proceedings by which the Debtor was required to pay his earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR. TRUSTEE
P.O. BOX 3749
GULFPORT MS 39505-3749
(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**